UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| LISA WISDOM, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:02CV379 RWS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The Court referred this matter to United States Magistrate Judge Terry I. Adelman for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On August 8, 2008, Judge Adelman filed his recommendation that the defendant's motion to reverse and remand be granted and that this case be reversed and remanded to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings. No objections to the Report and Recommendation were filed. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Adelman.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated August 8, 2008 [#30] is adopted in its entirety.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Memorandum and Order adopting the Report and Recommendation dated August 8, 2008.

**IT IS FURTHER ORDERED** that the Commissioner be ordered to expedite the remand.

A separate judgment in accord with this Memorandum and Order is entered this date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of August, 2008.